No. 267.  UNITED STATES *v.* SEATTLE-FIRST NATIONAL BANK.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit

724

granted. *Solicitor General Fahy* for the United States.
*Mr. B. H. Kizer* for respondent.